In the Matter of JOSEPH P. VITALE, Appellant, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York, Respondents.— In a proceeding under article 78 of the Civil Practice Act to review the determination of the Civil Service Commission of the State of New York that petitioner, a disabled veteran of World War II, was unable to meet the physical requirements for the position to which he sought appointment, a final order has been entered denying his application and dismissing the proceeding. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [198 Misc. 140.] [See post, p. 973.]

JAMES T. O'BRIEN, Respondent, v. CATSKILL NATIONAL BANK AND TRUST COMPANY et al., Appellants.— In an action for malicious prosecution, order denying appellants' motion to change the place of trial from Suffolk County to Greene County affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

FRED J. PARISE, Respondent, v. SEAMAN TRUCKING CO., INC., Appellant.— In an action by a landlord against a former tenant to recover for damages to the demised premises, alleged to have resulted from the tenant's failure to repair and to leave the premises in good state and condition at the expiration of the demised term in compliance with covenants of the written lease, an order has been entered upon the landlord's motion striking the case from the jury calendar and placing it on the nonjury calendar, upon the ground that by a provision of the lease the tenant waived its right to a jury trial. Order reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. It is our opinion that the invoked waiver clause of the lease relates only to actions brought to enforce the provisions of covenant numbered 23 of the lease, of which the clause is an integral part, and that this is not such an action. Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KLIGMAN. Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS RAYBURN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendants of the crime of assault in the third degree and sentencing each of them to thirty days in the workhouse, and also suspending execution of the sentence, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MARON-CELLI, Appellant.— Appeal from a judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Richmond, convicting defendant of violating section 970 of the Penal Law (common gambler). Judgment unanimously affirmed. No opinion. Present — Nolan. P. J., Carswell, Johnston, Adel and MacCrate, JJ.